IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES JONES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:11-cv-910-MEF |
| | )  (WO – Do Not Publish) |
| AWC LOGISTICS OF DOTHAN, | ) |
| LLC, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time to Designate Experts (Doc. #50). For good cause shown, it is hereby ORDERED as follows:

(1) The parties' Motion (Doc. #50) is GRANTED.

(2) Plaintiff shall designate his experts on or before **May 1, 2013**.

(3) Defendants shall designate their experts on or before **June 1, 2013**.

DONE this the 1st day of April, 2013.

                                      /s/ Mark E. Fuller
                              UNITED STATES DISTRICT JUDGE